IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-073-RLV-DCK

| | |
|---|---|
| VICTORIA ESTHER KRYACHKOV, on behalf of myself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| MOOSER MOTO, LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Redact All Personal Information On Electronic Record Of Order Denying IFP Status, Dated May 8th, 2013" (Document No. 4) filed June 3, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Redact All Personal Information On Electronic Record Of Order Denying IFP Status, Dated May 8th, 2013" (Document No. 4) is **GRANTED**. The Court's previous "Order" (Document No. 3) shall be placed under seal.

Signed: June 5, 2013

David C. Keesler
United States Magistrate Judge